# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1146
LT Case No. 2021-CF-001040-A

_____

KYLE PRESTON REECE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Kyle Preston Reece, Raiford, pro se.

James Uthmeier, Attorney General, and Anne C. Conley,
Assistant Attorney General, Tallahassee, for Appellee.


March 12, 2026


PER CURIAM.

    AFFIRMED.


JAY, C.J., and HARRIS and SOUD, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————